UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In re: | Chapter 11 |
| **LEE STEEL CORPORATION et. al.,**[1] | Case No. 15-45784-mbm (Jointly Administered) |
| Debtors. _____/ | Hon. Marci B. McIvor |

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to § 1102(a) and (b) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims (or who are members of a committee organized by creditors prior to the order for relief under chapter 11 of the Bankruptcy Code who were fairly chosen and are representative of the different kinds of claims to be represented) and who are willing to serve, are appointed to the Committee of Unsecured Creditors:

Scott Davidson for
Nippon Steel & Sumkin Bussan Americas, Inc.
8600 W. Bryn Mawr Ave., Ste. 580N
Chicago, IL 60631
Phone: 412-448-6211
Fax: 773-714-1652
Email: sdavidson@nssb-us.com

Kathy Longo for
NLMK Pennsylvania, LLC
15 Roemer Blvd.
Farrell, PA 16121
Phone: 724-983-6464 Ext. 1547
Fax: 724-342-6573
Email: Klongo@us.nlmk.com

Aaron Evans for
Essar Steel Algoma Inc.
105 West Street
Sault Ste. Marie, Ontario
Canada P6A7B4
Phone: 705-945-2400
Fax: 705-945-2412
Email: Aaron.Evans@essar.com

**DANIEL M. McDERMOTT**
**UNITED STATES TRUSTEE**
Region 9

By   /s/ Leslie Berg
Leslie.K.Berg@usdoj.gov
Trial Attorney
Office of the U.S. Trustee
211 West Fort St - Suite 700
Detroit, Michigan 48226
(313) 226-7950

Dated: April 23, 2015

---

[1] The Debtors in this jointly administered bankruptcy proceeding are: Lee Steel Corporation., Case No.15-45784; Taylor Industrial Properties, LLC., Case No.15-45785 & 4L Ventures, LLC., Case No. 15-45788.