UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEE STEEL CORPORATION. *et al.*[1] | ) | Case No. 15-45784-mbm |
| | ) | |
| | ) | |
| Debtors. | ) | Judge Marci B. McIvor |
| | ) | |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 363 AND 365, BANKRUPTCY RULES 2002 AND 6004, AND LOCAL RULES 6004-1 AND 9014-1 (A) ESTABLISHING BIDDING PROCEDURES FOR THE AUCTION SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES AND TRANSFERRING LIENS TO PROCEEDS; (B) SCHEDULING AN AUCTION AND A SALE HEARING TO CONSIDER APPROVAL OF SALE; (C) ESTABLISHING PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS; (D) APPROVING THE FORM OF ASSET PURCHASE AGREEMENT, FORM AND MANNER OF THE AUCTION NOTICE, THE FORM OF THE NOTICE TO NON-DEBTOR CO-PARTIES TO EXECUTORY CONTRACTS, <u>AND THE NOTICE OF THE SALE HEARING</u>**

The above captioned debtors and debtors-in-possession (the "<u>Debtors</u>") have filed papers with the Court (the "Motion") for entry of an Order (A) Establishing Bidding Procedures for the Auction Sale of Substantially all of Debtors' Assets Free and Clear of Liens, Claims and Encumbrances and Transferring Liens to Proceeds; (B) Scheduling an Auction and a Sale Hearing to Consider Approval of Sale; (C) Establishing Procedures for the Assumption and Assignment of Executory Contracts; (D) Approving the Form of Asset Purchase Agreement, Form and Manner of the Auction Notice, the Form of the Notice to Non-Debtor Co-Parties to Executory Contracts, and the Notice of the Sale Hearing.

---

[1] Debtors include Lee Steel Corporation, Case No. 15-45784-mbm; Taylor Industrial Properties, L.L.C., Case No. 15-45785-mbm, and 4L Ventures, LLC, Case No. 15-45788-mbm.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, **within 21 days**, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[2]

    U.S. Bankruptcy Court
    Attn. Clerk of the Court
    211 W. Fort Street
    Detroit, MI  48226

    If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

    You must also mail a copy to:

    Stephen M. Gross, Esq.
    McDonald Hopkins PLC
    39533 Woodward Avenue, Ste. 318
    Bloomfield Hills, MI  48304

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application or objection and may enter an order granting the relief.**

[*Remainder of Page Intentionally Left Blank; Signature Page Follow*]

---

[2] Any response or answer must comply with Rules 8(b), (c) and (e) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

/s/   Stephen M. Gross
Stephen M. Gross (P35410)
Jayson B. Ruff (P69893)
Joshua A. Gadharf (P76860)
McDONALD HOPKINS LLC
39533 Woodward Avenue
Suite 318
Bloomfield Hills, MI  48304
Telephone: (248) 646-5070
Facsimile:  (248) 646-5075
E-mail: sgross@mcdonaldhopkins.com
          jruff@mcdonaldhopkins.com
          jgadharf@mcdonaldhopkins.com

and

Manju Gupta (OH Bar No. 0076452)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone:     (216) 348-5400
Facsimile:     (216) 348-5474
E-mail: mgupta@mcdonaldhopkins.com

COUNSEL FOR THE DEBTORS
AND DEBTORS IN POSSESSION

Dated:  May 1, 2015